**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs. CASE NO. 8:90-CR-132-T-17-EAJ

REGINALD L. MCCOY
_____/

**ORDER**

This cause comes before the Court on the defendant's motion for correction of clerical error (Docket No. 921). The defendant seeks to correct purported errors in his presentence investigation report. The issues raised by the defendant were issues that had to be raised at the time of sentencing or on direct appeal. If they were not they are waived, if they were they have been fully addressed. Accordingly, it is.

**ORDERED** that defendant's motion to correct clerical error (Docket No. 921) be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 21st day of June, 2006.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record