**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                                            CASE NO. 8:90-CR-132-T-17-EAJ

REGINALD L. MCCOY
_____/

**ORDER**

This cause comes before the Court on the defense counsel's motion to withdraw (Docket No. 970). The Court appointed the United States Public Defender as counsel upon the filing of the defendant's *pro se* motion for modification of sentence, as it appeared that the defendant was seeking a reduction of sentence pursuant to Amendment 706, which lowered the base offense level for cocaine base (crack) and was determined to be retroactive. The defendant is now denying that his motion was filed under the "crack law" (attachment to motion to withdraw).Accordingly, it is.

**ORDERED** that the order treating this as a retroactive crack case be **vacated** (Docket No. 958), defense counsel's motion to withdraw (Docket No. 970) be **granted**; and the Court finds that the defendant's motion (Docket No. 946) is an attempt to once again modify his original sentence, attacking criminal history scoring, etc., and such would be a collateral Section 2255 proceeding which would be a successive petition and the defendant did not apply to the Eleventh Circuit Court of Appeals for the right to file a successive petition for these claims, therefore, the motion (Docket No. 946) is **denied.**

**DONE AND ORDERED** in Chambers in Tampa, Florida this 18th day of April, 2008.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record