*Use this form if you are asking the court (not the BOP) for compassionate release from prison. Please make sure the form is typed or neatly written. Once you complete the form, mail it to the clerk of the United States District Court where you were sentenced.*

UNITED STATES DISTRICT COURT
FOR THE
__Middle__ DISTRICT OF __Tampa__

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. __8:90-cr-132-36-CEH/AAS__ <br> (write the number of your criminal case) |
| v. <br> __Reggie L. McCoy #11732.018__ <br> Write your full name here. | MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release) <br> (*Pro Se* Prisoner) |

---

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

Does this motion include a request that any documents attached to this motion be filed under seal? (Documents filed under seal are not available to the public.)

☐ Yes
☑ No

If you answered yes, please list the documents in section IV of this form.

Page **1** of 6

I.  SENTENCE INFORMATION

Date of sentencing: _July 1, 1991_

Term of imprisonment imposed: _Life imprisonment_

Approximate time served to date: _32 yrs._

Projected release date: _Life_

Length of Term of Supervised Release: _10 years_

Have you filed an appeal in your case?

☑ Yes

☐ No

Are you subject to an order of deportation or an ICE detainer?

☐ Yes    _N/A_

☐ No

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES[1]

18 U.S.C. § 3582(c)(1)(A) allows you to file this motion (1) after you have fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on your behalf, or (2) 30 days after the warden of your facility received your request that the warden make a motion on your behalf, whichever is earlier.

Please include copies of any written correspondence to and from the Bureau of Prisons related to your motion, including your written request to the Warden and records of any denial from the Bureau of Prisons.

---

[1] The requirements for this compassionate release motion being filed with the court differ from the requirements that you would use to submit a compassionate release request to the Bureau of Prisons. This form should only be used for a compassionate release motion made to the court. If you are submitting a compassionate release request to the Bureau of Prisons, please review and follow the Bureau of Prisons program statement.

Have you personally submitted your request for compassionate release to the Warden of the institution where you are incarcerated?

☑ Yes, I submitted a request for compassionate release to the warden on _____.

☐ No, I did not submit a request for compassionate release to the warden.

If no, explain why not:

_____
_____N/A_____

Was your request denied by the Warden?

☐ Yes, my request was denied by the warden on (date): _____.

☐ No. I did not receive a response yet.

### III. GROUNDS FOR RELEASE

Please use the checkboxes below to state the grounds for your request for compassionate release. Please select all grounds that apply to you. You may attach additional sheets if necessary to further describe the reasons supporting your motion. You may also attach any relevant exhibits. Exhibits may include medical records if your request is based on a medical condition, or a statement from a family member or sponsor.

**A. Are you 70 years old or older?**

☐ Yes.

☑ No.

If you answered no, go to Section B below. You do not need to fill out Section A.

If you answered yes, you may be eligible for release under 18 U.S.C. § 3582(c)(1)(A)(ii) if you meet two additional criteria. Please answer the following questions so the Court can determine if you are eligible for release under this section of the statute.

Have you served 30 years or more of imprisonment pursuant to a sentence imposed under 18 U.S.C. § 3559(c) for the offense or offenses for which you are imprisoned?

☑ Yes.

☐ No.

Has the Director of the Bureau of Prisons determined that you are not a danger to the safety of any other person or the community?

☐ Yes.

☑ No.

B. Do you believe there are other extraordinary and compelling reasons for your release?

☑ Yes.

☐ No.

If you answered "Yes," please check all boxes that apply so the Court can determine whether you are eligible for release under 18 U.S.C. § 3582(c)(1)(A)(i).

- ☐ I have been diagnosed with a terminal illness.

- ☐ I have a serious physical or medical condition; a serious functional or cognitive impairment; or deteriorating physical or mental health because of the aging process that substantially diminishes my ability to provide self-care within the environment of a correctional facility, and I am not expected to recover from this condition.

- ☐ I am 65 years old or older and I am experiencing a serious deterioration in physical or mental health because of the aging process.

- ☐ The caregiver of my minor child or children has died or become incapacitated and I am the only available caregiver for my child or children.

- ☐ My spouse or registered partner has become incapacitated and I am the only available caregiver for my spouse or registered partner.

- ☑ There are other extraordinary and compelling reasons for my release.

Please explain below the basis for your request. If there is additional information regarding any of these issues that you would like the Court to consider but which is confidential, you may include that information on a separate page, attach the page to this motion, and, in section IV below, request that that attachment be sealed.

The Supreme Court declared in Descamps, 133 S.Ct. 2276 (2013) and Mathis, 136 S.Ct. 2243 (2016), that Possession of cocaine (1988) and Sale of cocaine (1989) are both ind- ivisible and do not qualify as predicate convictions under the Categorical approach because they did not involve or include elements of manufacturing, distri- buting, or possessing with intent to manufacture, or distribute, a Controlled substance. for which a maximum term of imprisonment of ten years or more is prescribed by law. §924(e)(2)(A)(ii): §3559-

## IV.   ATTACHMENTS AND REQUEST TO SEAL

Please list any documents you are attaching to this motion. A proposed release plan is included as an attachment. You are encouraged but not required to complete the proposed release plan. A cover page for the submission of medical records and additional medical information is also included as an attachment to this motion. Again, you are not required to provide medical records and additional medical information. For each document you are attaching to this motion, state whether you request that it be filed under seal because it includes confidential information.

| Document | Attached? | | Request to seal? | |
|---|---|---|---|---|
| Proposed Release Plan | ☑ Yes | ☐ No | ☐ Yes | ☐ No |
| Additional medical information | ☐ Yes | ☐ No | ☐ Yes | ☐ No |
|  | ☐ Yes |  | ☐ Yes | ☐ No |
|  | ☐ Yes |  | ☐ Yes | ☐ No |

(2)(1)(A)(ii),(H)(ii). Both cases retroactive statutory interpretations of federal criminal law.

Under the Fair Sentencing Act of 2010, Pub. L. No. 111-220, 124 Stat. 2372 (Aug. 3, 2010), made retroactive by the First Step Act of 2018, Pub. L. No. 115-391, §401(a)(2), 132 Stat. 5194, 5222 (Dec. 21, 2018), to defendants sentenced before Aug. 3, 2010. In §401(a)(2), Congress changed the definition of "Felony Drug Offense" to "Serious Drug Offense" or "Serious Violent Felony," and a mandatory term of life imprisonment without release and 10 yrs. supervised release, to a sentence to a term of imprisonment of not less than 25 yrs. and 8 yrs. supervise release.

If movant was sentenced today, he would not face a mandatory minimum enhanced penalty of life imprisonment without release under §841(b)(1)(A)(iii). Even with two or more Serious drug offense or Serious Violent Felonies, he would only face 25 yrs. imprisonment with 8 yrs. supervised release. But he never had a SVFelony.

Without the §851 enhancement, his CHC would be I at a GSR of 68-78 months imprisonment with a base offense level of 26, instead of a CHC III GSR 360 months to life imprisonment, enhanced by §851(a)(1), for the 50 grams or more of cocaine base, namely, crack, charged in the indictment under the advisory guidelines, not mandatory guidelines. Even with the 4 pts. increase factors under the

5(a) of 6

guidelines, his base offense level would be 30 at a GSR of 97-121 months imprisonment without the §851 enhancement penalty. And with that sentence at the high end of the range, McCoy is 244 months in excess of the advisory guideline range authorized by law, or the statutory minimum penalty under §841(b)(1)(A). Approx., 21 yrs. and 4 months imprisonment over the guideline range and 7 yrs. over the 25 yr. statutory minimum penalty authorized by law. United States v. Olivares, 2021 U.S. Dist. LEXIS 215536 (Nov. 8, 2021); United States v. Lii, 2021 U.S. Dist. LEXIS 54401 (March 23, 2021); Rose v. United States, 2021 U.S. Dist. LEXIS 211767 (Nov. 1, 2021).

With cases like McCoy's being granted in other district courts around the United States, he should be granted to avoid unwarranted sentencing disparities among defendants with similar records who have been found guilty of similar conduct. See FSIA S. 1014.
McCoy is a non-violent drug offender and do not pose a threat to the public nor danger to anyone in the community. He has never served a day in jail or prison for serious crime.
And to have been in prison for 32 yrs. for a crime today that has a 5 yr. minimum penalty and 4 yrs. supervised release, is unjust punishment, unduly harsh and severe. Especially, when at the time of his direct appeal his simple

5(b) of 6

possession of cocaine (1988) was not a "serious drug offense" under §924(e)(2)(A)(ii). United States v. Hansley, 54 F.3d 709 (11th Cir. 1995). And he was still sentenced to more than 15 yrs. imprisonment under §841(b)(1)(A). Now 25 yrs. later, Congress clarifies this law by amending the statutory language in §841(b)(1)(A)-(e). Then the Supreme Court clarifies Descamps and Mathis in Shular v. United States, 206 L.Ed.2d 81 (2.26.2020); United States v. Smith, 775 F.3d 1262, 1264-68 (11th Cir. 2014). These successive clarifications of the law of the land, is itself, extraordinary and compelling reasons that warrants a reduction in McCoy's sentence. Donawa, 735 F.3d 1275 (11th Cir.).

McCoy has taken program for self-help. See Inmate Education Data Transcripts Dated 12.23.2021, attached

He has a greater understanding and respect for the law now by his experience with the law. As a young boy, he did not know or understand. The lack of that knowledge, was the reason for his criminal conduct. He is wiser now and older. And has no desire to commit crimes. Or violate laws in society. §3553(a).

Considering the serious disparity between the mandatory minimum penalty of life imprisonment without release, and the 32 yrs. served on it already, and the sentence he would have

5(c) of 6

received today of 5 yrs. minimum penalty, is reason enough to warrant a reduced sentence. United States v. Francis, 2019 U.S. Dist. LEXIS 75004 (5.3.2019); United States v. Barber, 2020 U.S. Dist. LEXIS 11583 (1.22.2020). Approx. 27 yrs. in prison over the fair and reasonable penalty for the 50 grams or more of cocaine base, crack, Congress has prescribed by law. §841(b)(1)(B)(iii). A sentence for which he is statutorily ineligible. 18 U.S.C. §3582(c)(1)(B). His sentence exceeds the statutory maximum penalty authorized by law.

McCoy has attempted to exhaust every legal remedy available to him to obtain relief or justice and fair treatment under the law to no avail. And for nearly 32 yrs. of mandatory minimum and maximum penalty guidelines and statutory sentencing reform under the crack cocaine drug laws, with no relief; this itself is enough reason for any fair minded judge to consider extraordinary and compelling reasons warranting such a reduction, as it is grossly disproportionate compared to cases granted since the "Act" became law. United States v. Stevens, 997 F.3d 283 (11th Cir. 2021).

## Conclusion

Wherefore, for the above stated reasons, McCoy moves this hon. district court to reduce his sentence to time served and 4 yrs. supervised release, and any other relief this court deems appropriate.

5(d) of 6

## V. REQUEST FOR APPOINTMENT OF COUNSEL

I do not have an attorney and I request an attorney be appointed to help me.

☒ Yes

☐ No

## VI. MOVANT'S DECLARATION AND SIGNATURE

For the reasons stated in this motion, I move the court for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A). I declare under penalty of perjury that the facts stated in this motion are true and correct.

_4.19.2022_
Date

_Reginald L. McCoy_
Signature

_Reginald L. McCoy_
Name

_#11732.018_
Bureau of Prisons Register #

_United States Penitentiary Atwater_
Bureau of Prisons Facility

_P.O. Box 019001, Atwater, CA 95301_
Institution's Address

```
ATWB5         *         INMATE EDUCATION DATA       *      12-23-2021
PAGE 001      *              TRANSCRIPT             *      12:37:03

REGISTER NO: 11732-018    NAME..: MCCOY                    FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: ATW-ATWATER USP

--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
ATW  ESL HAS   ENGLISH PROFICIENT            09-15-1991 1052 CURRENT
ATW  GED EN    ENROLL GED NON-PROMOTABLE     02-16-2018 1043 CURRENT
ATW  GED SAT   GED PROGRESS SATISFACTORY     08-16-2018 0724 CURRENT

---------------------------- EDUCATION COURSES -----------------------------
SUB-FACL  DESCRIPTION                   START DATE  STOP DATE EVNT AC LV  HRS
ATW       R6-LEGAL RESEARCH             02-03-2021 10-26-2021  P   C  P    12
FLP       SHU ACE COMMUNICATE WITH KIDS 04-08-2020 04-22-2020  P   C  P     6
FLP       SHU MIDDLE AGES 1 ACE CLASS   02-26-2020 03-11-2020  P   C  P     6
POL       GED CLASSROOM 6 1000-1130     09-17-2019 02-14-2020  P   W  I    16
POL       AM PGED 1 G 10-1130 A.M.      07-15-2019 09-17-2019  C   W  I     0
POL       CONSTITUTIONL LAW             01-01-2019 03-29-2019  P   C  P    16
LEW  SMU  PGED IN-CELL STUDY/SPECIAL MGT 02-16-2018 01-23-2019 P   W  I   440
LEW  SMU  SMU RADIO WELLNESS ROUND C    09-08-2018 10-21-2018  P   C  P     9
LEW  SMU  ACTIVITY PACKET ROUND C       09-08-2018 10-30-2018  P   C  P     6
LEW  SMU  RADIO SMU PARENTING C RPP6    09-04-2018 10-23-2018  P   C  P     5
LEW  SMU  SMU ACE ROUND C               08-28-2018 10-17-2018  P   C  P    20
LEW  SMU  SMU ACE ROUND B               07-03-2018 08-29-2018  P   C  P    20
LEW  SMU  RADIO SMU PARENTING B RPP6    07-03-2018 08-15-2018  P   C  P     5
LEW  SMU  RADIO SMU PARENTING A RPP6    05-22-2018 06-27-2018  P   C  P     5
LEW  SMU  SMU ACE ROUND A               05-31-2018 06-11-2018  P   C  P    20
CAA       BEGINING CHESS CLASS.         06-10-2017 07-15-2017  P   C  P     6
CAA       1:00-3:00 PM LITERACY CLASS   06-29-2017 07-13-2017  P   W  V     2
LEE       GED (READING EMPHASIS) M-F 745 03-06-2014 09-04-2014 P   W  I   280
LEE       RPP5 RPP ORIENTATION          03-04-2014 03-04-2014  P   C  P     1
LEE       RPP1 AIDS AWARENESS           03-04-2014 03-04-2014  P   C  P     1
OAK  SMU  GED/SPECIAL MANAGEMENT UNIT   06-06-2011 03-27-2012  P   W  I   189
OAK       BEYOND ANGER                  02-07-2012 02-28-2012  P   C  P     4
OAK       CREATIVE DECISION MAKING      10-12-2011 10-27-2011  P   C  P     8
OAK       CONTINUOUSLY IMPROVING SELF   09-14-2011 10-03-2011  P   C  P     8
OAK       ACCOUNTING ESSENTIALS         08-31-2011 09-14-2011  P   C  P     8
OAK       SELF STUDY/SKILLS PORT (RP2)  08-17-2011 08-31-2011  P   C  P     8
OAK       SELF STUDY/PEERS (RP6)        08-03-2011 08-17-2011  P   C  P     8
OAK       STRAIGHT TALK                 08-03-2011 08-17-2011  P   C  P     8
OAK       SELF STUDY/ETHICS (RP2)       08-03-2011 08-17-2011  P   C  P     8
OAK       SELF-STUDY GOAL SETTING (RP6) 08-03-2011 08-17-2011  P   C  P     8
OAK       SELF STUDY/LISTENING (RP6)    08-03-2011 08-17-2011  P   C  P     8
OAK       FACE TO FACE COMMUNICATION RP6 08-03-2011 08-17-2011 P   C  P     8
OAK       SELF STUDY/CRITICAL THINKING  06-15-2011 07-06-2011  P   C  P     8
OAK       SELF-STUDY LIFE PURPOSE (RP6) 06-15-2011 07-06-2011  P   C  P     8
LEW  SMU  SMU ACTIVITY PACKET           10-02-2010 06-07-2011  P   C  P    36
LEW  SMU  SMU PERSONAL GROWTH I RPP 6   07-07-2010 11-23-2010  P   C  P     3
LEW  SMU  SMU PERSONAL GROWTH II RPP 6  07-19-2010 11-23-2010  P   C  P     3
LEW  SMU  RECREATION LEISURE PACKETS    06-26-2010 09-22-2010  P   C  P    13
CLP       RPP RELEASE #5                07-16-2008 07-16-2008  P   C  P     1

G0002      MORE PAGES TO FOLLOW . . .
```

```
ATWB5            *         INMATE EDUCATION DATA       *      12-23-2021
PAGE 002 OF 002  *              TRANSCRIPT             *       12:37:03

REGISTER NO: 11732-018    NAME..: MCCOY                    FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: ATW-ATWATER USP

------------------------------ EDUCATION COURSES ------------------------------
SUB-FACL   DESCRIPTION                  START DATE   STOP DATE  EVNT AC LV  HRS
CLP        COMMUNITY CORRECTIONS MGR #4 07-16-2008  07-16-2008   P   C  P    2
CLP        ELL ORIENTATION ACE          08-07-2007  08-07-2007   P   C  P    2
POL        GED PM MON-FRI               11-13-2002  01-21-2003   P   W  I   43
POL        GED 230-330   MON-FRI        08-26-2002  11-13-2002   C   W  I    0
THA        ADVANCED GED PM M-F 1200-1500 04-07-1997 04-30-1997   P   W  V   42
FLP        GED CLASS MORNING            10-03-1995  11-26-1995   P   W  V   58
FLP        LEGAL WORKSHOP               06-01-1995  07-21-1995   P   W  I    4
FLP        LEGAL WORKSHOP               03-02-1995  04-15-1995   P   C  P   10
FLP        GED P.M.                     12-22-1994  05-05-1995   P   W  I  136
FLP        GED CLASS EVENING            09-15-1994  12-21-1994   P   W  I   48
FLP        BASIC LITERACY               12-13-1994  12-15-1994   P   W  V    0
ATL        GED C 12:30PM-3:30PM M-F     03-29-1994  04-18-1994   P   W  V   15
LEW        LITERACY PROGRAM             01-07-1992  04-15-1992   P   W  V   51
LEW        LITERACY PROGRAM             09-23-1991  12-17-1991   P   P  I   98
LEW        GED MATH - RM 8              09-04-1991  11-18-1991   C   C  P   81

------------------------------ HIGH TEST SCORES -------------------------------
TEST       SUBTEST         SCORE    TEST DATE    TEST FACL   FORM      STATE
ABLE       LANGUAGE         6.0     07-22-2000    BMP         F
           NUMBER OPR       7.1     07-22-2000    BMP         F
           PROB SOLV        8.0     07-22-2000    BMP         F
           READ COMP       13.0     07-22-2000    BMP         F
           SPELLING        13.0     07-22-2000    BMP         F
           VOCABULARY      13.0     07-22-2000    BMP         F
GED        AVERAGE         39.0     12-21-1991    LEW         FAIL       PA
           LIT/ARTS        39.0     12-21-1991    LEW         AJ         PA
           MATH            36.0     12-21-1991    LEW         AJ         PA
           SCIENCE         37.0     12-21-1991    LEW         AJ         PA
           SOC STUDY       41.0     12-21-1991    LEW         AJ         PA
           WRITING         45.0     12-21-1991    LEW         AJ         PA
GED PRAC   MATH           300.0     06-14-2012    MCR         PB
           SCIENCE        370.0     06-14-2012    MCR         PB
TABE D     LANGUAGE         3.7     08-14-2006    ALP         10
TABE E     BATTERY          2.2     08-14-2006    ALP         10
           READING          1.9     08-14-2006    ALP         10
TABE M     BATTERY          6.4     02-16-2018    LEW         M0
           LANGUAGE         4.2     02-16-2018    LEW         M0
           MATH APPL        5.4     02-16-2018    LEW         M0
           MATH COMP        5.7     02-16-2018    LEW         M0
           READING          9.9     02-16-2018    LEW         M0
           TOTAL MATH       5.5     02-16-2018    LEW         M0




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```