Rec'd 3/10/22

REGINALD L MCCOY, 11732-018
ATWATER USP    UNT: 4A    QTR: D43-202U
P.O. BOX 019001
ATWATER, CA 95301

Administrative Remedy Number: 1111999-F1

## Part B - Response

This is in response to your Administrative Remedy, received in this office on March 1, 2022, wherein you are requesting to be considered for early release pursuant to the extraordinary or compelling circumstances element codified in 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g). You do not state your specific reasons for requesting compassionate release.

A review of this matter revealed you have already submitted an Inmate Request to Staff, as well as an Administrative Remedy and Regional Administrative Remedy, seeking a Reduction in Sentence. Your previous denials included a thorough review of your requests using Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g). Each of the previous denials resulted in a determination that your release would pose a danger to the safety of others or the community.

The request received does not supplement your previous requests with any new information for consideration, nor does it provide a different basis for which you seek compassionate release.

Based upon our investigation, your request for Administrative Remedy is denied.

If you are dissatisfied with this response, you may appeal to the Regional Director, Western Regional Office, Federal Bureau of Prisons, 7338 Shoreline Drive, Stockton, CA 95219. Your appeal must be received in the Regional Director's Office within 20 days of the date of this response.

_____     03-07-2022
B. M. Trate, Warden                  Date

Administrative Remedy Number: 1111999-F1

Part B - Response

This is in response to your Administrative Remedy, received in this office on March 1, 2022, wherein you are requesting to be considered for early release pursuant to the extraordinary or compelling circumstances element codified in 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g). You do not state your specific reasons for requesting compassionate release.

A review of this matter revealed you have already submitted an Inmate Request to Staff, as well as an Administrative Remedy and Regional Administrative Remedy, seeking a Reduction in Sentence. Your previous denials included a thorough review of your requests using Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g). Each of the previous denials resulted in a determination that your release would pose a danger to the safety of others or the community.

The request received does not supplement your previous requests with any new information for consideration, nor does it provide a different basis for which you seek compassionate release.

Based upon our investigation, your request for Administrative Remedy is denied.

If you are dissatisfied with this response, you may appeal to the Regional Director, Western Regional Office, Federal Bureau of Prisons, 7338 Shoreline Drive, Stockton, CA 95219. Your appeal must be received in the Regional Director's Office within 20 days of the date of this response.

_____    _____03-07-2022_____
B. M. Trate, Warden                                Date

Administrative Remedy Number: 1111999-F1

Part B - Response

This is in response to your Administrative Remedy, received in this office on March 1, 2022, wherein you are requesting to be considered for early release pursuant to the extraordinary or compelling circumstances element codified in 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g). You do not state your specific reasons for requesting compassionate release.

A review of this matter revealed you have already submitted an Inmate Request to Staff, as well as an Administrative Remedy and Regional Administrative Remedy, seeking a Reduction in Sentence. Your previous denials included a thorough review of your requests using Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g). Each of the previous denials resulted in a determination that your release would pose a danger to the safety of others or the community.

The request received does not supplement your previous requests with any new information for consideration, nor does it provide a different basis for which you seek compassionate release.

Based upon our investigation, your request for Administrative Remedy is denied.

If you are dissatisfied with this response, you may appeal to the Regional Director, Western Regional Office, Federal Bureau of Prisons, 7338 Shoreline Drive, Stockton, CA 95219. Your appeal must be received in the Regional Director's Office within 20 days of the date of this response.

_____        03-07-2022
B. M. Trate, Warden              Date

Administrative Remedy Number: 1111999-F1
                         Part B - Response

This is in response to your Administrative Remedy, received in this office on March 1, 2022, wherein you are requesting to be considered for early release pursuant to the extraordinary or compelling circumstances element codified in 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g). You do not state your specific reasons for requesting compassionate release.

A review of this matter revealed you have already submitted an Inmate Request to Staff, as well as an Administrative Remedy and Regional Administrative Remedy, seeking a Reduction in Sentence. Your previous denials included a thorough review of your requests using Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g). Each of the previous denials resulted in a determination that your release would pose a danger to the safety of others or the community.

The request received does not supplement your previous requests with any new information for consideration, nor does it provide a different basis for which you seek compassionate release.

Based upon our investigation, your request for Administrative Remedy is denied.

If you are dissatisfied with this response, you may appeal to the Regional Director, Western Regional Office, Federal Bureau of Prisons, 7338 Shoreline Drive, Stockton, CA 95219. Your appeal must be received in the Regional Director's Office within 20 days of the date of this response.

_____                    03-07-2022
B. M. Trate, Warden                          Date

# U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **McCoy, Reggie L.**    **#11732-018**    **4A #202**    **USP Atwater**
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST** Mr. McCoy has invented a toothbrush name "One Shot" disposable toothbrush. He intend to manufacture, distribute and sell this product to the world. He will be working for "Natural Healing" employed by Dr. David Zamikoff #941.232.3333 making $15.00 an hr. He also has a job with his brother Dewayne Brinson #941.545.0416 at his Car detail shop at $18.00 an hr. His home residence is Delorse M. McCoy #941.242.3100; 611 25th St. East, Palmetto, FL 34221. These numbers can be called for verification and more information if needed. This how I will support myself. See picture attached. I will be a law abiding citizen. I will not commit crimes or break law.

**2-26-2022**
DATE

*Reggie L. McCoy*
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____    _____
DATE    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**    **03-01-2022**    CASE NUMBER: **1111999-F1**

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE    RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR    PRINTED ON RECYCLED PAPER    BP-229(13) APRIL 1982

# U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **McCoy, Peggy L.** | 11732-018 | 4A #202 | USP Atwater
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST**

McCoy has invented a toothbrush name "One Shot" disposable toothbrush. He intend to manufacture, distribute and sell this product to the world. He will be working for "Natural Healing" employed by Dr. David Zamikoff #941-232-3333 making $15.00 an hr. He also has a job with his brother Dewayne Brandon #941-545-0416 at his car detail shop at $18.00 an hr. His home residence is Delorse M. McCoy #941-242-3100; 611 25th St. East, Palmetto, FL 34221. These numbers can be called for verification and more information if needed. This how I will support myself. See picture attached. I will be a law abiding citizen. I will not commit crimes or break law.

2.26.2022
DATE

*Peggy L. McCoy*
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____ 03-01-2022 _____ CASE NUMBER: 1111999-F1
DATE | WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

SECOND COPY: RETURN TO INMATE

CASE NUMBER: _____

**C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

_____ _____
DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR | PRINTED ON RECYCLED PAPER | BP-229(13) APRIL 1982

# U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **McCoy, Rogier L.**    11732-018    4A #202    USP Atwater
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - INMATE REQUEST**

Mr. McCoy has invented a toothbrush name "One Shot" disposable toothbrush. He intend to manufacture, distribute and sell this product to the world. He will be working for "Natural Healing" employed by Dr. David Lannikoff #941-232-5333 making $15.00 an hr. He also has a job with his brother Dewayne Brandon #941-545-0416 at his Key optical shop at $8.00 an hr. His home residence is Denise M. McCoy #941-242-3100; 611 25th St. East, Palmetto, FL 34221. These numbers can be called for verification and more information if needed. This how I will support myself. See picture attached. I will be a law abiding citizen. I will not commit crimes or break law.

2-26-2022
DATE             Rogier L. McCoy
                                       SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____        _____
DATE                                       WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

THIRD COPY: RETURN TO INMATE    03-01-2022          CASE NUMBER: 1111999-F1
------------------------------------------------------------
                                                                   CASE NUMBER: _____

**Part C - RECEIPT**

Return to: _____ _____ _____ _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____        _____
DATE                             RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR    PRINTED ON RECYCLED PAPER                      BP-229(13) APRIL 1982



RESPONSE TO INMATE REQUEST TO STAFF
INMATE: McCoy, Reginald L
REG. NO: 11732-018
UNIT: 4A (D44-231L)

---

This is in response to your Inmate Request to Staff, dated on December 23, 2021, wherein you are requesting to be considered for early release pursuant to the extraordinary or compelling circumstances element codified in 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g). Specifically, you state you were sentenced excessively.

Your request for Compassionate Release is based principally on your belief that you were sentenced excessively for your crime(s). You would need to consult with your defense attorney, as your request to shorten your sentence must be addressed with the sentencing judge or through other judicial appeals.

A thorough review of your request was completed utilizing Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. 3582 and 4205(g), dated January 17, 2019. It has been determined that your request did not contain all of the necessary information and therefore, we are unable to proceed until a request has been submitted in accordance with the aforementioned Program Statement.

Policy states, "The inmate's request shall at a minimum contain the following information:
(1) The extraordinary or compelling circumstances that the inmate believes warrant consideration.
(2) Proposed release plans, including where the inmate will reside, how the inmate will support himself/herself, and, if the basis for the request involves the inmate's health, information on where the inmate will receive medical treatment, and how the inmate will pay for such treatment.

Accordingly, your request is being denied and returned to you as you have not provided a viable release plan or noted how you would support yourself.

You may re-submit your request, which includes the requested information, and is in accordance with the above listed policy requirements. If you are not satisfied with this response, you may appeal through the Administrative Remedy Program.

_____           _____1/7/22_____
B. M. Trate, Warden                        Date

2216 59th St W  
Bradenton, FL  
34209

4A

Reggie McCoy #11732-018  
United States Penitentiary Atwater  
P.O. Box 019001  
Atwater, CA 95301

TAMPA FL 335  
SAINT PETERSBURG FL  
15 FEB 2022 PM 8 L

95301-091001

Wednesday, February 9, 2022

To Whom It May Concern:

I am writing this letter on behalf of Inmate Reginald McCoy #11732.018. Reggie was a childhood friend of mine and I have remained in contact with him throughout his incarceration. I am now a doctor practicing in our home town. I have expressed interest in helping Reggie return to society and become a productive member of our community. I have offered him a job in my office helping with patient flow, bringing patients to the rooms, helping with cleaning and filing of charts. This would be a full time position and I believe would give him the structure and stability to get his life in order. His mother is still living and is only 15 minutes from my office. His son and I have become friends and although his son has no memory of his father, I have shared all of my grade school and high school stories of his dad with him. We meet twice a month for breakfast and have actually gone on vacation together. He has turned out to be a fine young man and will also be a great support system for his father. I do not have any reason to believe he will revert to the things that got him in trouble. I will act as a role model and friend through this transition. I appreciate your consideration for his release and look forward to seeing my friend again after many years.

Respectfully,

Dr. David S. Zamikoff

#941.232.3333