United States District Court
Middle District Of Florida
<u>Tampa Division</u>

Case no. 8:90-cr-00132-CEH/AAS

Reginald L. McCoy,
  Petitioner,

                              Request to Supplement

v.

United States of America,
  Respondent.
_____

Dear Clerk,

Please supplement this BOP Program Review - Individualized Need Plan to the Compassionate Release motion §3582(c)(2)(B) and §401(a) of the First Step Act of 2018, Dec. 21, 2018.

And consider Concepcion v. United States, No. 20-1650 (June 27, 2022) intervening decision as authority of law under §3553(a) factors to determine reduction of sentence.

7.7.2022

                    Respectfully,
                    Reggie J. McCoy
                    Reginald L. McCoy
                    #11732-018
                    USP Atwater
                    P.O. Box 019001
                    Atwater, CA 95301



| Individualized Needs Plan - Program Review    (Inmate Copy) | SEQUENCE: 00446419 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | Team Date: 04-04-2022 |

Plan is for inmate: MCCOY, REGINALD L   11732-018

| | | | |
|---|---|---|---|
| Facility: | ATW  ATWATER USP | Proj. Rel. Date: | UNKNOWN |
| Name: | MCCOY, REGINALD L | Proj. Rel. Mthd: | LIFE |
| Register No.: | 11732-018 | DNA Status: | CLP02050 / 05-06-2010 |
| Age: | 52 | | |
| Date of Birth: | 01-19-1970 | | |

**Detainers**

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ATW | COMPOUND 1 | COMPOUND 1 | 03-31-2022 |

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ATW | ESL HAS | ENGLISH PROFICIENT | 09-15-1991 |
| ATW | GED EN | ENROLL GED NON-PROMOTABLE | 02-16-2018 |
| ATW | GED SAT | GED PROGRESS SATISFACTORY | 08-16-2018 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ATW | C | R3-CONSUMER MATH, HOUSEHOLD | 03-04-2022 | 03-14-2022 |
| ATW | C | R3-CONSUMER MATH, EARNING | 02-25-2022 | 03-04-2022 |
| ATW | C | R2-CONSUMER MATH, CAREER PREP | 02-18-2022 | 02-25-2022 |
| ATW | C | R3-CONSUMER MATH, BUYING CAR | 02-04-2022 | 02-18-2022 |
| ATW | C | R3-CONSUMER MATH, BUDGETING | 01-28-2022 | 02-04-2022 |
| ATW | C | R3-CONSUMER MATH, BANKING | 01-24-2022 | 01-28-2022 |
| ATW | C | R6-LEGAL RESEARCH | 02-03-2021 | 10-26-2021 |
| FLP | C | SHU ACE COMMUNICATE WITH KIDS | 04-08-2020 | 04-22-2020 |
| FLP | C | SHU MIDDLE AGES 1 ACE CLASS | 02-26-2020 | 03-11-2020 |
| POL | W | GED CLASSROOM 6 1000-1130 | 09-17-2019 | 02-14-2020 |
| POL | W | AM PGED 1 G 10-1130 A.M. | 07-15-2019 | 09-17-2019 |
| POL | C | CONSTITUTIONL LAW | 01-01-2019 | 03-29-2019 |
| LEW SMU | W | PGED IN-CELL STUDY/SPECIAL MGT | 02-16-2018 | 01-23-2019 |
| LEW SMU | C | SMU RADIO WELLNESS ROUND C | 09-08-2018 | 10-21-2018 |
| LEW SMU | C | ACTIVITY PACKET ROUND C | 09-08-2018 | 10-30-2018 |
| LEW SMU | C | RADIO SMU PARENTING C RPP6 | 09-04-2018 | 10-23-2018 |
| LEW SMU | C | SMU ACE ROUND C | 08-28-2018 | 10-17-2018 |
| LEW SMU | C | SMU ACE ROUND B | 07-03-2018 | 08-29-2018 |
| LEW SMU | C | RADIO SMU PARENTING B RPP6 | 07-03-2018 | 08-15-2018 |
| LEW SMU | C | RADIO SMU PARENTING A RPP6 | 05-22-2018 | 06-27-2018 |
| LEW SMU | C | SMU ACE ROUND A | 05-31-2018 | 06-11-2018 |
| CAA | C | BEGINING CHESS CLASS. | 06-10-2017 | 07-15-2017 |
| CAA | W | 1:00-3:00 PM LITERACY CLASS | 06-29-2017 | 07-13-2017 |
| LEE | W | GED (READING EMPHASIS) M-F 745 | 03-06-2014 | 09-04-2014 |
| LEE | C | RPP5 RPP ORIENTATION | 03-04-2014 | 03-04-2014 |
| LEE | C | RPP1 AIDS AWARENESS | 03-04-2014 | 03-04-2014 |
| OAK SMU | W | GED/SPECIAL MANAGEMENT UNIT | 06-06-2011 | 03-27-2012 |
| OAK | C | BEYOND ANGER | 02-07-2012 | 02-28-2012 |
| OAK | C | CREATIVE DECISION MAKING | 10-12-2011 | 10-27-2011 |
| OAK | C | CONTINUOUSLY IMPROVING SELF | 09-14-2011 | 10-03-2011 |
| OAK | C | ACCOUNTING ESSENTIALS | 08-31-2011 | 09-14-2011 |
| OAK | C | SELF STUDY/SKILLS PORT (RP2) | 08-17-2011 | 08-31-2011 |
| OAK | C | SELF STUDY/PEERS (RP6) | 08-03-2011 | 08-17-2011 |
| OAK | C | STRAIGHT TALK | 08-03-2011 | 08-17-2011 |
| OAK | C | SELF STUDY/ETHICS (RP2) | 08-03-2011 | 08-17-2011 |
| OAK | C | SELF-STUDY GOAL SETTING (RP6) | 08-03-2011 | 08-17-2011 |



## Individualized Needs Plan - Program Review   (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

SEQUENCE: 00446419
Team Date: 04-04-2022

Plan is for inmate: MCCOY, REGINALD L  11732-018

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| OAK | C | SELF STUDY/LISTENING (RP6) | 08-03-2011 | 08-17-2011 |
| OAK | C | FACE TO FACE COMMUNICATION RP6 | 08-03-2011 | 08-17-2011 |
| OAK | C | SELF STUDY/CRITICAL THINKING | 06-15-2011 | 07-06-2011 |
| OAK | C | SELF-STUDY LIFE PURPOSE (RP6) | 06-15-2011 | 07-06-2011 |
| LEW SMU | C | SMU ACTIVITY PACKET | 10-02-2010 | 06-07-2011 |
| LEW SMU | C | SMU PERSONAL GROWTH I RPP 6 | 07-07-2010 | 11-23-2010 |
| LEW SMU | C | SMU PERSONAL GROWTH II RPP 6 | 07-19-2010 | 11-23-2010 |
| LEW SMU | C | RECREATION LEISURE PACKETS | 06-26-2010 | 09-22-2010 |
| CLP | C | RPP RELEASE #5 | 07-16-2008 | 07-16-2008 |
| CLP | C | COMMUNITY CORRECTIONS MGR #4 | 07-16-2008 | 07-16-2008 |
| CLP | C | ELL ORIENTATION ACE | 08-07-2007 | 08-07-2007 |
| POL | W | GED PM MON-FRI | 11-13-2002 | 01-21-2003 |
| POL | W | GED 230-330  MON-FRI | 08-26-2002 | 11-13-2002 |
| THA | W | ADVANCED GED PM M-F 1200-1500 | 04-07-1997 | 04-30-1997 |
| FLP | W | GED CLASS MORNING | 10-03-1995 | 11-26-1995 |
| FLP | W | LEGAL WORKSHOP | 06-01-1995 | 07-21-1995 |
| FLP | C | LEGAL WORKSHOP | 03-02-1995 | 04-15-1995 |
| FLP | W | GED P.M. | 12-22-1994 | 05-05-1995 |
| FLP | W | GED CLASS EVENING | 09-15-1994 | 12-21-1994 |
| FLP | W | BASIC LITERACY | 12-13-1994 | 12-15-1994 |
| ATL | W | GED C 12:30PM-3:30PM M-F | 03-29-1994 | 04-18-1994 |
| LEW | W | LITERACY PROGRAM | 01-07-1992 | 04-15-1992 |
| LEW | P | LITERACY PROGRAM | 09-23-1991 | 12-17-1991 |
| LEW | C | GED MATH - RM 8 | 09-04-1991 | 11-18-1991 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| 12-29-2021 | 330 : BEING UNSANITARY OR UNTIDY |
| 11-05-2021 | 205 : ENGAGING IN SEXUAL ACTS |
| 11-04-2021 | 306 : REFUSING WORK/PGM ASSIGNMENT |
| 10-06-2021 | 306 : REFUSING WORK/PGM ASSIGNMENT |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 09-11-2014 |
| CARE1-MH | CARE1-MENTAL HEALTH | 06-21-2010 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 12-29-2020 |
| PAPER | LEGACY PAPER MEDICAL RECORD | 02-12-2020 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 08-22-2007 |
| YES F/S | CLEARED FOR FOOD SERVICE | 01-24-2019 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP UNQUAL | RESIDENT DRUG TRMT UNQUALIFIED | 05-22-2017 |
| ED COMP | DRUG EDUCATION COMPLETE | 06-25-2013 |
| NR WAIT | NRES DRUG TMT WAITING | 06-01-2021 |

### FRP Payment Plan

Most Recent Payment Plan

** NO FRP DETAILS **

### FRP Deposits

Trust Fund Deposits - Past 6 months:   $100.00        Payments commensurate ?   Y

New Payment Plan:    ** No data **

### Current FSA Assignments



**Individualized Needs Plan - Program Review    (Inmate Copy)**          SEQUENCE: 00446419
Dept. of Justice / Federal Bureau of Prisons                              Team Date: 04-04-2022
Plan is for inmate: MCCOY, REGINALD L  11732-018

| Assignment | Description | Start |
|---|---|---|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 11-20-2019 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 01-15-2022 |
| N-ANTISO Y | NEED - ANTISOCIAL PEERS YES | 01-15-2022 |
| N-COGNTV Y | NEED - COGNITIONS YES | 01-15-2022 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-28-2021 |
| N-EDUC Y | NEED - EDUCATION YES | 01-15-2022 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 03-29-2022 |
| N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 01-15-2022 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 01-15-2022 |
| N-MEDICL N | NEED - MEDICAL NO | 01-15-2022 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 01-15-2022 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 01-15-2022 |
| N-TRAUMA Y | NEED - TRAUMA YES | 01-15-2022 |
| N-WORK Y | NEED - WORK YES | 01-15-2022 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 03-30-2022 |

**Progress since last review**

Good. Mccoy has been programming.

**Next Program Review Goals**

Unit team recommends you enroll in Money Smart and Basic Cognitive Skills by next review in September 2022.

**Long Term Goals**

The Unit team recommends you complete your GED by April 2023.

**RRC/HC Placement**

No.
Management decision - LIFE SENTENCE.

**Comments**

13 points (High) Max custody will be rescored June 2022.