U.S. v. Reginald MCcoy                    Case No. 8:90-cr-00132-CEH-AAS

# ATTACHMENT A – placeholder for SENTRY Disciplinary History

# filed under seal to protect the defendant's privacy