United States District Court
Middle District of Florida
Tampa Division

AM 12:59

Reginald L. McCoy,
Petitioner,

Case no. 8:90-CR-00132-CEH/AAS

v.

United States of America,
Respondent.

"Nunc Pro Tunc Appointment of Psychologist"
To Assist in Compassionate Release

Dear Clerk,

Petitioner is requesting a psychological examination be conducted by a court appointed psychologist to determine if he is mentally ill or pose a danger to the public due to his prison disciplinary history or conduct. William v. Allen, 542 F.3d 1326.

This study is compelling because it will assist the court or provide mitigating facts from a professional consultant about the nature and characteristics of the factors to be used as evidence to favor or disfavor McCoy and to help resolve and recommend that the proper sentence to be imposed. 18 U.S.C. § 3582(c)(i)(B) United States v. Scales, 2020 U.S. Dist. LEXIS 925.

Respectfully,
Reggie R. McCoy

Date: 8.13.2022

Reginald L. McRoy
#11732-018
USP Atwater
P.O. Box 019001
Atwater, CA 95301

2.